UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

FILED

JUN 21 2011

STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

IN RE:                          )
                                )    Case No. 04-03875-5-SWH
CRAIG L. ADAMS                  )
MONICA L. ADAMS                 )    Chapter 13
                                )
        Debtors                 )

MOTION FOR AN AWARD OF ATTORNEY'S FEES AND MOTION TO SHOW
CAUSE WHY OCWEN LOAN SERVICING LLC
SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING
THE COURT'S ORDERS

NOW COMES Craig and Monica Adams, appearing pro se, filing this motion to require Ocwen Loan Servicing, LLC ("Ocwen") (1) to pay attorney's fees we incurred in defending against Ocwen's appeal from this Court's July, 2010 Order, and (2) to show cause why it should not be held in contempt and for an award of damages. In support of our motion, we state the following:

1. We filed a voluntary petition under Chapter 13 on October 26, 2004.

2. According to the docket in this case, we were discharged on May 23, 2008.

3. On May 23, 2008, the Court entered an order finding that our mortgage payments were current. In its May 23, 2008, this Court retained jurisdiction to give us "the right to pursue a proceeding before this Court for contempt and appropriate sanctions and such other state and federal statutory remedies as may be available to [us]…" See, page 2 of the Court's May 23, 2008 Order.

4. Because our mortgage company (Ocwen) did not fully comply with the May 23, 2008 Order, our attorney at the time had to reopen this case and seek an Order holding Ocwen in contempt of court for violating the May 23, 2008 Order.

5. The case was reopened, and eventually on July 7, 2010, Ocwen was held in contempt for violating the May 23, 2008 Order. Ocwen appealed the July 7, 2010 Order, and on January 24, 2011, the U.S. District Court affirmed this Court's July 7, 2010 Order.

6. In the July 7, 2010 Order, part of the relief we received included attorney's fees associated with the attorney's time "trying to sort through and correct

Ocwen's statements," filing and appearing in court for the contempt motion.  See, page 10 of the Court's July 7, 2010 Order

7.  In defending against Ocwen's appeal, we incurred *additional* attorney's fees. Attached is a **copy of the attorney's invoice**, billing for $10,680.00 legal services rendered for defending against Ocwen's appeal. *(See Ex. A)* Since we prevailed in the appeal, we request that Ocwen pay the attorney's fees we incurred in successfully defending against Ocwen's appeal.

8.  The July 7, 2010 Order required Ocwen to provide proof  that it had "reported to all three major credit reporting companies that [our] loan with Ocwen was....current from the date of discharge and remains current as of the date of this order."  See page 13 of the Court's July 7, 2010 Order.  Ocwen has not fully complied with the Court's directive.

9.  According to the attached copies of our credit reports, Ocwen has not reported to all three major credit reporting companies that our loan was current from our May 1, 2008 date of discharge, or that the loan remains current as of July 7, 2010, as follows:

    (a)  Craig Adams' and Monica Adams' Equifax reports of the Ocwen account shows "30 days late" in May, 2008 *(see Ex B)*;

    *(b)*  Craig Adams' Transunion report of the Ocwen account does not show *current* loan status (signified as OK) for the months of May 2008, June 2008, Aug 2008, Sep 2008, Oct 2008, Nov 2008, Dec 2008 Jan 2009, Feb 2009, Mar 2009, May 2009, June 2009, July 2009, Aug 2009, Oct 2009, Mar 2010, May 2010, July 2010, and Aug 2010 *(see Ex C)*;

    (c)  Craig Adams' and Monica Adams' Experian reports of the Ocwen account shows "60 days past due" as of May 2008.  That report also shows that the debt was included in Chapter 13 bankruptcy on July 21, 2010, not "...from the debtors' petition date through the date of discharge" as required by the Court's order.  *(See Ex D)*.

10.  Before filing this Motion, we tried to resolve the credit reporting issues with Ocwen directly.  However, we were unsuccessful with resolving the matter with Ocwen representatives before it became necessary to ask this Court for additional relief.  To date, Ocwen does not respond to any of our inquiries regarding our account or the corrections that need to be made to our credit reports.

11.  According to the Court's July 7, 2010 Order also provides that: "[f]or each day after the expiration of fourteen (14) days after the date of entry of this order, if any provision of this court's order remains unsatisfied, additional punitive

damages will be assessed against Ocwen in the amount of $100 per day, payable to the Clerk of Court, 300 Fayetteville Street, Suite 209, P.O. Box 1441, Raleigh, NC 27602, ***until all terms of this order are satisfied***." (Emphasis added)  There are **149** days from July 22, 2010 to the date of this motion filing that this Court's Order remains unsatisfied for the reasons we stated in  Paragraphs  8 and 9 above.

WHEREFORE, Craig L. Adams and Monica L. Adams respectfully request, after notice and hearing, that Ocwen (1) be required to compensate us as prevailing parties for additional attorney's fees incurred in successfully against Ocwen's appeal in this case, and (2) be required to appear before this Court and show cause why this court should not find Ocwen in contempt, and upon Ocwen's failure to show adequate cause that we be awarded damages and such other and further relief, at law or in equity, general or special, to which we may be justly entitled in this case.

This the _**16**_ day of _**June**_____, 2011

_____
CRAIG L. ADAMS and

_____

MONICA L. ADAMS
2150 Highway 97 East
Zebulon, NC 27597
~~[Add telephone #]~~ 919-269-9001

CERTIFICATE OF SERVICE

We certify that a true and exact copy of our MOTION FOR AN AWARD OF ATTORNEY'S FEES AND MOTION TO SHOW CAUSE and NOTICE OF MOTION was filed with the Clerk of the Bankruptcy Court and served on the following parties in the United States mail, postage prepaid, addressed to:

John F. Logan
Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661-1039

Kimberly A. Sheek
Shapiro & Ingle, LLP
8520 Cliff Cameron Drive
Suite 300
Charlotte, NC 28269

US Bank, N.A.
Ocwen Federal Bank, FSB
Attn:  Bankruptcy Department
12650 Ingenuity Drive
Orlando, FL 32826

Ocwen Federal Bank
Attn:  Managing Agent
PO Box 785053
Orlando, FL 32878

This the ___16___ day of ___June___, 2011

Craig & Monica Adams

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              )
                                                    )    Case No. 04-03875-5-SWH
CRAIG L. ADAMS                                      )
MONICA L. ADAMS                                     )    Chapter 13
                                                    )
        Debtors                                     )

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN of the MOTION FOR AN AWARD OF ATTORNEY'S FEES AND MOTION TO SHOW CAUSE filed with the Court and served herewith. This notice is given and served as of the date indicated below.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the matter, then on or before _16 Jun ~~2010~~ 2011_ ccq 16 Jun 2011, unless otherwise ordered by the Court, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response explaining your position, and a request for hearing addressed to:

> U.S. Bankruptcy Court
> 300 Fayetteville Street, 2nd Floor
> P.O. Box 1441
> Raleigh, NC 27602-1441

If you mail your request for hearing to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of any response and request for hearing to the person(s) who filed the pleading as they are not represented by an attorney, as well as to any trustee appointed in the case.

If a response and request for hearing is filed in writing within the time indicated above, a hearing will be conducted on the pleading and response at a date, time and place to be later set by the Court and all parties will be notified accordingly. Any party requesting a hearing shall appear at the hearing in support of their position or may be assessed with costs.

This the ___16___ day of ___June_____, 2011

_____
CRAIG L. ADAMS and

_____
MONICA L. ADAMS
2150 Highway 97 East
Zebulon, NC 27597
~~[Add telephone #]~~ CLA 16 Jun 2011
919-269-9001

# HLB

Hatch, Little & Bunn, L.L.P.

*Ex. A,*

MAILING ADDRESS          PHYSICAL ADDRESS
PO Box 527                327 Hillsborough St.
Raleigh, NC 27602         Raleigh, NC 27603

Phone: 919.856.3940      Fax: 919.856.3950
www.hatchlittlebunn.com

|  |  |
|---|---|
| Craig & Monica Adams | Page: 1 |
| 2150 Hwy 97 E | 09/21/2010 |
| Zebulon  NC  27597 | CLIENT NO:  12400-00003M |
|  | INVOICE NO.  1 |

Ocwen Appeal

### FEES INCURRED THROUGH 09/15/2010

|  |  | HOURS |  |
|---|---|---|---|
| **07/20/2010** |  |  |  |
| DQW | Review Ocwen Motion to stay pending appeal and draft and revise response prior to emergency hearing | 3.70 | 1,110.00 |
| **07/21/2010** |  |  |  |
| DQW | To Court; oppose Motion to say judgment; Report results to client | 1.00 | 300.00 |
| **08/09/2010** |  |  |  |
| DQW | Review docket and determine items we need to designate for addition info to the record on appeal | 1.20 | 360.00 |
| **09/02/2010** |  |  |  |
| DQW | Initial read of Ocwen appeal brief; begin to outline response | 0.80 | 240.00 |
| **09/03/2010** |  |  |  |
| DQW | Pulling together and reviewing major authorities cited in Ocwen brief | 1.80 | 540.00 |
| **09/04/2010** |  |  |  |
| DQW | First draft of appellee brief | 2.70 | 810.00 |
| **09/10/2010** |  |  |  |
| DQW | Met with research assistant to bring him up to speed and direct specific areas of research | 0.80 | 240.00 |

Page: 2

Craig & Monica Adams                                                    09/21/2010

Ex. A₂

|                              | CLIENT NO:  | 12400-00003M |
|                              | INVOICE NO. | 1            |

Ocwen Appeal

| | | | HOURS | |
|---|---|---|---|---|
| **09/11/2010** | | | | |
| | DQW | Work on draft of appeal brief and incorporating references to docket and record | 6.40 | 1,920.00 |
| **09/12/2010** | | | | |
| | DQW | Further redrafting of brief and incorporation of cases from Mike Burnett, research assistant | 3.30 | 990.00 |
| **09/13/2010** | | | | |
| | DQW | Read cases in their brief parts 3 and 4; Incorporate reply into our draft; Rework entire draft | 5.20 | 1,560.00 |
| **09/14/2010** | | | | |
| | DQW | Met with research assistant to review all parts and identify areas to improve | 0.60 | 180.00 |
| | DQW | Redrafting parts 3 and 4; Cite in supporting evidence | 4.30 | 1,290.00 |
| **09/15/2010** | | | | |
| | DQW | Last 2 times through draft of Appeal brief; Rework introduction/summary; All cleanup work | 3.80 | 1,140.00 |
| | | Douglas Q. Wickham | 35.60 | 10,680.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 35.60 | 10,680.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | TOTAL |
|---|---|---|
| Douglas Q. Wickham | 35.60 | $10,680.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 10,680.00 |
| BALANCE DUE | $10,680.00 |

Your Trust Account #1 balance is

| | | |
|---|---|---|
| | OPENING BALANCE | $0.00 |
| 07/23/2010 | Cashier's Check #034048 from Monica Adams State Employees' Credit Union | 250.00 |

Page: 3

Craig & Monica Adams

*Ex A₃*

09/21/2010

CLIENT NO:     12400-00003M
INVOICE NO.                    1

Ocwen Appeal

| Date | Description | Amount |
|------|-------------|--------|
| 08/09/2010 | Shapiro & Ingle  Share Cost of Transcript for Appeal  12400.00003 | |
| | PAYEE: Shapiro & Ingle | -211.88 |
| 08/30/2010 | Cashier's Check#028765 from Monica Adams State Employees' Credit Union | 250.00 |
| 08/30/2010 | Cashier's Check#028766 from Monica Adams State Employees' Credit Union | 500.00 |
| 08/30/2010 | Ocwen  August Mortgage Payment 12400.00003 | |
| | PAYEE: Ocwen | -561.64 |
| | CLOSING BALANCE | $226.48 |



 

## Equifax Credit Report ™ for Monica Batchelo Adams

As of: 03/04/2011.
Available until: 04/03/2011
Confirmation #: 1563603520

Report Does Not Update

⚠ **Important. Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.**

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

### Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available ? | Credit Limit ? | Debt to Credit Ratio | Monthly Payment Amount ? | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Installment | 3 | $23,439 | $0 | $28,121 | 83% | $624 | 3 |
| Revolving | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 3 | $23,439 | $0 | $28,121 | 83% | $624 | 3 |

### Debt by Account Type          Debt to Credit Ratio by Account Type







- ● Mortgage-0%  ◌ Installment-100%
- ◌ Revolving-0%  ● Other-0%

▬ Balance  ▬ Available

## Account Age

Usually, it is a good idea to keep your oldest credit account open, as a high average account age generally demonstrates stability to lenders. Also, especially if you have been managing credit for a short time, opening many new accounts will lower your average account age and may have a negative impact.

| | |
|---|---|
| **Length of Credit History** | 19 Years, 6 Months |
| **Average Account Age** | 9 Years, 8 Months |
| **Oldest Account** | COLLEGE FOUNDATION  (Opened 09/1991) |
| **Most Recent Account** | OKINUS, INC  (Opened 06/2010) |

## Inquiries - Requests for your Credit History

Numerous inquires on your credit file for new credit may cause you to appear risky to lenders, so it is usually better to only seek new credit when you need it. Typically, lenders distinguish between inquiries for a single loan and many new loans in part by the length of time over which the inquiries occur. So, when rate shopping for a loan it's a good idea to do it within a focused period of time.

| | |
|---|---|
| **Inquiries in the Last 2 Years** | 16 |
| **Most Recent Inquiry** | AMERICAN GENERAL FINANCE  (12/10/10) |

## Potentially Negative Information

Late payments, collections and public records can have a negative impact on your credit standing. The more severe and recent they are, the more negative the potential impact might be.

| | |
|---|---|
| **Public Records** | 2 |
| **Negative Accounts** | 4 |
| **Collections** | 1 |

## Mortgage Accounts

Mortgage accounts include first mortgages, home equity loans, and any other loans secured by real estate you own.

## Closed Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| OCWEN LOAN SERVICING | 9990XXXX | 01/2000 | $0 | 07/2010 | $0 | WAGE EARNER PLAN | |

**OCWEN LOAN SERVICING, LLC.**

Attn: Research Dept

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|

12650 Ingenuity Dr
Orlando, FL-328262703
(800) 756-2936

| | | | |
|---|---|---|---|
| Account Number: | 9990XXXX | Current Status: | WAGE EARNER PLAN |
| Account Owner: | Joint Account | High Credit: | $83,300 |
| Type of Account | N/A | Credit Limit: | |
| Term Duration: | 360 Months | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 01/2000 | Balance: | $0 |
| Date Reported: | 07/2010 | Amount Past Due: | $0 |
| Date of Last Payment: | 06/2010 | Actual Payment Amount: | $7,570 |
| Scheduled Payment Amount: | $832 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 06/2009 | Months Reviewed: | 11 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Conventional RE Mortgage |
| Date of First Delinquency: | 10/2004 | | |
| Comments: | Consumer disputes this account information, Bankruptcy chapter 13 | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | * | * | * | * | * | | | | | | | |
| 2009 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2008 | * | * | 30 | * | 30 | * | * | * | * | * | * | * |
| 2007 | * | * | * | * | * | * | 30 | 30 | 60 | 30 | * | 30 |
| 2006 | 30 | 30 | 30 | 30 | 60 | * | * | * | * | * | * | * |
| 2005 | 60 | 60 | 60 | 30 | 90 | 60 | 30 | 60 | 60 | 60 | 30 | 30 |
| 2004 | * | * | * | * | * | * | 90 | 120 | 90 | 120 | 120 | |
| 2003 | | | | | | | | | | * | * | * |

⬆ Back to Top

# Installment Accounts

Installment accounts are credit accounts in which the amount of the payment and the number of
payments are predetermined or fixed, such as a car loan.

## Open Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FIN | 6206216843763XXXX | 11/2008 | $9,419 | 02/2011 | | PAYS AS AGREED | |

**CAPITAL ONE AUTO FINANCE**

3905 Dallas Pkwy
Credit Disputes
Plano, TX-750937892



A 4

    [ Print This Page ]   [ Close Window ]

## Equifax Credit Report ™ for Craig L. Adams Sr.

As of: 04/20/2011.
Available until: 05/20/2011
Confirmation #: 1610675869

Report Does Not Update

⚠ **Important. Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.**

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

### Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available ② | Credit Limit ② | Debt to Credit Ratio | Monthly Payment Amount ② | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Installment | 3 | $38,711 | $0 | $29,098 | 133% | $628 | 3 |
| Revolving | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Other | 1 | $0 | N/A | N/A | N/A | $73 | 0 |
| Total | 4 | $38,711 | $0 | $29,098 | 133% | $701 | 3 |

Equifax Free and Discounted Disclosures

*A$_5$*

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|

**NEW CENTURY MORTGAGE**

PO Box 57052
Irvine, CA-926197052
(999) 999-9999

| | | | |
|---|---|---|---|
| Account Number: | 665000034XXXX | Current Status: | PAYS AS AGREED |
| Account Owner: | Joint Account | High Credit: | $83,300 |
| Type of Account 🗒 : | Installment | Credit Limit: | |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 01/2000 | Balance: | $0 |
| Date Reported: | 08/2001 | Amount Past Due: | |
| Date of Last Payment: | | Actual Payment Amount: | |
| Scheduled Payment Amount: | $897 | Date of Last Activity: | 07/2001 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 18 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | |
| Date of First Delinquency: | N/A | | |
| Comments: | Account transferred or sold | | |

81-Month Payment History

| |
|---|
| No 81-Month Payment Data available for display. |

| OCWEN LOAN SERVICING | 9990XXXX | 01/2000 | $0 | 07/2010 | $0 | WAGE EARNER PLAN |
|---|---|---|---|---|---|---|

**OCWEN LOAN SERVICING, LLC.**

Attn: Research Dept
12650 Ingenuity Dr
Orlando, FL-328262703
(800) 756-2936

| | | | |
|---|---|---|---|
| Account Number: | 9990XXXX | Current Status: | WAGE EARNER PLAN |
| Account Owner: | Joint Account | High Credit: | $83,300 |
| Type of Account | N/A | Credit Limit: | |
| Term Duration: | 360 Months | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 01/2000 | Balance: | $0 |
| Date Reported: | 07/2010 | Amount Past Due: | $0 |
| Date of Last Payment: | 06/2010 | Actual Payment Amount: | $7,570 |
| Scheduled Payment Amount: | $832 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 06/2009 | Months Reviewed: | 11 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |

Equifax Free and Discounted Disclosures

Page 4 of 28

*A6*

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|

| Balloon Payment Amount: | | | Balloon Payment Date: | | |
|---|---|---|---|---|---|
| Date Closed: | | | Type of Loan: | | Conventional RE Mortgage |
| Date of First Delinquency: | 10/2004 | | | | |
| Comments: | Consumer disputes this account information, Bankruptcy chapter 13 | | | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | * | * | * | * | * | * | | | | | | |
| 2009 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2008 | * | * | 30 | * | 30 | * | * | * | * | * | * | * |
| 2007 | * | * | * | * | * | * | 30 | 30 | 60 | 30 | * | 30 |
| 2006 | 30 | 30 | 30 | 30 | 60 | * | * | * | * | * | * | * |
| 2005 | 60 | 60 | 60 | 30 | 90 | 60 | 30 | 60 | 60 | 60 | 30 | 30 |
| 2004 | * | * | * | * | * | * | * | 90 | 120 | 90 | 120 | 120 |
| 2003 | | | | | | | | | | * | * | * |

⬆ Back to Top

## Installment Accounts

Installment accounts are credit accounts in which the amount of the payment and the number of payments are predetermined or fixed, such as a car loan.

## Open Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FIN | 6206216843763XXXX | 11/2008 | $8,587 | 03/2011 | | PAYS AS AGREED | |

**CAPITAL ONE AUTO FINANCE**

3905 Dallas Pkwy
Credit Disputes
Plano, TX-750937892

| Account Number: | 6206216843763XXXX | Current Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Joint Account | High Credit: | $13,499 |
| Type of Account ⁉ | Installment | Credit Limit: | |
| Term Duration: | 61 Months | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 11/2008 | Balance: | $8,587 |
| Date Reported: | 03/2011 | Amount Past Due: | |
| Date of Last Payment: | 03/2011 | Actual Payment Amount: | $999 |
| Scheduled Payment Amount: | $342 | Date of Last Activity: | 03/2011 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 27 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |

*B₁*

## Personal Information

**Name:** CRAIG L. ADAMS, SR.

You have been on our files since 05/1994

**File Number:** 234991465
**Date issued:** 03/15/2011

**SSN:** XXX-XX-6037
**Date of Birth:** 11/1970
**Telephone** 269-9001

Your SSN is partially masked for your protection

### CURRENT ADDRESS

**Address:** 2150 HWY 97
ZEBULON, NC 27597

**Date Reported:** 01/2000

### PREVIOUS ADDRESSES

**Address:** 2150 E. NC HIGHWAY 97
ZEBULON, NC 27597

**Date Reported:** 02/2007

**Address:** 123 FLEDGE RD.
LOUISBURG, NC 27549

### EMPLOYMENT DATA REPORTED

**Employer Name:** JOHNSON CONTROLS
**Date Verified:** 01/2009

**Position:**
**Date Hired:**

**Employer Name:** FRANKLIN COUNTY
**Date Reported:** 01/2000

**Position:**
**Date Hired:**

**Employer Name:** VINCE COUNTY SCHOOLS
**Date Reported:** 10/1997

**Position:**
**Date Hired:**

**Employer Name:** GSK CIRCLE OF ZEBULON
**Date Reported:**

**Position:** ASST SCIENTIST
**Date Hired:**

Special Notes: The display of your Social Security number has been abbreviated and your account numbers have been modified in this report for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years. The amount listed on the public record is not a balance. The amount reflects the original amount of the public record item.

### NORTH CAROLINA FEDERAL C  Docket# 403875

PO BOX 1411
RALEIGH , NC 27602
(919) 856-4752

**Type:** Chapter 13 Bankruptcy Discharged
**Court Type:** Federal District
**Date Paid:** 05/2008
**Assets:** $0

**Date Filed:** 10/2004
**Responsibility:** Joint
**Plaintiff Attorney:** DOUGLAS Q WICKHAM
**Liabilities:** $0

**Estimated date that this item will be removed:** 09/2011

### NORTH CAROLINA FEDERAL C  Docket# 200300215

PO BOX 1411
RALEIGH , NC 27602
(919) 856-4752

**Type:** Chapter 13 Bankruptcy Filing
**Court Type:** Federal District
**Assets:** $0

**Date Filed:** 01/2003
**Responsibility:** Joint
**Plaintiff Attorney:** DOUGLAS Q WICKHAM
**Liabilities:** $0

**Estimated date that this item will be removed:** 12/2012

TransUnion

https://annualcreditreport.transunion.com/products/single/viewPrintableR...

β₂

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|-----|---|----|----|----|----|----|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### ABSOLUTE COLL SVC #A2592****

421 FAYETTEVILLE S
SUITE 600
RALEIGH, NC 27601
(919) 755-3900

| | | | | |
|---|---|---|---|---|
| **Balance:** | $153 | | **Pay Status:** | >Collection Account< |
| **Date Updated:** | 01/2011 | | **Account Type:** | Open Account |
| **Original Balance:** | $153 | | **Responsibility:** | Individual Account |
| **Original Creditor:** | MED1 02 REX HEALTHCARE BALANCE AFTER | | | |
| **Past Due:** | >$153< | | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 10/2010 ]
**Estimated date that this item will be removed:**  05/2017

### ABSOLUTE COLL SVC #A2427****

421 FAYETTEVILLE S
SUITE 600
RALEIGH, NC 27601
(919) 755-3900

| | | | | |
|---|---|---|---|---|
| **Balance:** | $197 | | **Pay Status:** | >Collection Account< |
| **Date Updated:** | 11/2009 | | **Account Type:** | Open Account |
| **Original Balance:** | $197 | | **Responsibility:** | Individual Account |
| **Original Creditor:** | MED1 02 DUKE HEALTH PHYSICIANS DIAGN | | | |
| **Past Due:** | >$197< | | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 09/2009 ]
**Estimated date that this item will be removed:**  06/2015

### ABSOLUTE COLL SVC #A2442****

421 FAYETTEVILLE S
SUITE 600
RALEIGH, NC 27601
(919) 755-3900

| | | | | |
|---|---|---|---|---|
| **Balance:** | $52 | | **Pay Status:** | >Collection Account< |
| **Date Updated:** | 11/2009 | | **Account Type:** | Open Account |
| **Original Balance:** | $52 | | **Responsibility:** | Individual Account |
| **Original Creditor:** | MED1 02 DUKE HEALTH DUKE UNIVERSITY | | | |
| **Past Due:** | >$52< | | | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 09/2009 ]
**Estimated date that this item will be removed:**  06/2015

### OCWEN LOAN SVCG LLC #9990****

1661 WORTHINGTON R
STE 100
WEST PALM BEAC , FL 33409
(561) 682-8000

| | | | | |
|---|---|---|---|---|
| **Balance:** | $0 | | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 01/2011 | | **Account Type:** | Mortgage Account |
| **High Balance:** | $83,300 | | **Responsibility:** | Joint Account |
| **Past Due:** | $0 | | **Date Opened:** | 01/2000 |
| **Terms:** | $562 for 360 months | | | |

**Loan Type:** Conventional Real Estate Mtg
**Remark:** >Chap. 13/dispute of account information<
**Estimated date that this item will be removed:**  09/2011

**Late Payments**
43 months

| 30 | 60 | 90 |
|----|----|----|
| 0 | 0 | 0 |

Last 43 Months

| OK | OK | OK | OK | X | X | OK | X | OK | X | OK | X | OK | OK | OK | X | OK | X | X | X | OK | X | X | X |
|----|----|----|----|---|---|----|---|----|---|----|---|----|----|----|---|----|---|---|---|----|---|---|---|
| dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '09 |

| X | X | X | X | OK | X | X | X | OK | X | X | X | OK | OK | OK | X | OK | OK | | | | | | |
|----|----|----|----|----|---|---|---|----|---|---|---|----|----|----|---|----|----|---|---|---|---|---|---|
| dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | | | | | |

15-Mar-11 15:15



**X** Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**CRAIG L ADAMS Sr.**
Your report number is
**1906-1106-09**
Report date:
**04/20/2011**

Index:
- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights

Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                                 back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport. You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review                      back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public Records

**Account History:**
90 days past due as of Mar 2011
60 days past due as of Feb 2011
30 days past due as of Jan 2011

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Feb 2011: $14,238 / February 12, 2009 / $136 / no data
Jan 2011: $14,150 / February 12, 2009 / $136 / no data
Dec 2010: $14,052 / February 12, 2009 / $136 / no data
Nov 2010: $13,954 / February 12, 2009 / $136 / no data
Oct 2010: $13,866 / February 12, 2009 / $126 / no data
Sep 2010: $13,775 / February 12, 2009 / $126 / no data
Aug 2010: $13,688 / February 12, 2009 / $126 / no data
Jul 2010: $13,598 / February 12, 2009 / $126 / no data
Jun 2010: $13,508 / February 12, 2009 / $126 / no data
May 2010: $13,420 / no data / no data / no data
Apr 2010: $13,330 / no data / no data / no data
Mar 2010: $13,243 / no data / no data / no data
Feb 2010: $13,153 / no data / no data / no data
Jan 2010: $13,071 / no data / no data / no data
Dec 2009: $12,981 / no data / no data / no data
Nov 2009: $12,891 / no data / no data / no data
Oct 2009: $12,808 / no data / no data / no data
Sep 2009: $12,724 / no data / no data / no data
Aug 2009: $12,642 / no data / no data / no data
Jul 2009: $12,557 / no data / no data / no data
Jun 2009: $12,473 / no data / no data / no data
May 2009: $12,391 / no data / no data / no data
Apr 2009: $12,306 / no data / no data / no data

The original amount of this account was $7,446

**OCWEN LOAN SERIVICING**
**Address:**                              **Account Number:**
1661 WORTHINGTON RD              9990....
STE 100
WEST PALM BEACH,
FL 33409
(407) 737-6101
**Address Identification Number:**
0372911735
**Status:**  Discharged through Bankruptcy Chapter 13.       **Status Details:**  This account is scheduled to continue on
                                                            record until Oct 2011.

**Date Opened:**         **Type:**                  **Credit Limit/Original Amount:**
01/2000                 Mortgage                   $83,300
**Reported Since:**      **Terms:**                 **High Balance:**
06/2006                 30 Years                   NA
**Date of Status:**      **Monthly Payment:**       **Recent Balance:**
07/2010                 $0                         $0 as of 03/2011
**Last Reported:**       **Responsibility:**        **Recent Payment:**
03/2011                 Joint with MONICA L ADAMS   $0
**Your Statement:**                                 **Creditor's Statement:**  Loan Modified

Account information disputed by consumer (Meets requirement
of the Fair Credit Reporting Act).

**Account History:**
60 days past due as of Sep 2007
, May 2008, Mar 2008, Dec 2007, Oct 2007, Aug 2007, Jul
2007
Debt included in Chapter 13 Bankruptcy on July 21, 2010

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Feb 2011: $63,711 / February 2, 2011 / $562 / $1,000
Jan 2011: $64,300 / January 10, 2011 / $562 / $600
Dec 2010: $64,488 / November 30, 2010 / $562 / $503

Nov 2010: $64,488 / October 29, 2010 / $562 / $1,000
Oct 2010: $64,638 / October 1, 2010 / $562 / $1,012
Sep 2010: $64,934 / September 30, 2010 / $562 / $1,737
Jul 2010: $65,373 / July 28, 2010 / $561 / no data
Apr 2010: $76,970 / no data / no data / no data

The original amount of this account was $83,300

**REGIONAL ACCEPTANCE CORP**

| **Address:** | **Account Number:** |
|---|---|
| 355 DANBEY RD | 2850425.... |
| HENDERSON, NC 27536 | |
| *No phone number available* | |

**Address Identification Number:**
0361442271

**Status:**  Discharged through Bankruptcy Chapter 13.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 11/2001 | Installment | $19,409 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 06/2004 | 60 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 05/2008 | $0 | $0 as of 02/2007 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 02/2007 | Joint with MONICA ADAMS | $0 |

**Creditor's Statement:**  Redeemed repossession.

**Account History:**
Repossession as of Nov 2004 to Apr 2005
30 days past due as of May 2005 to Oct 2005
Debt included in Chapter 13 Bankruptcy on May 01, 2008

## Accounts in Good Standing                                              back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to
appear on your report for up to ten year.

**AARON SALES & LEASE OWNERSHIPS**

| **Address:** | **Account Number:** |
|---|---|
| 1015 COBB PLACE BLVD NW | F612.... |
| KENNESAW, GA 30144 | |
| (770) 426-3948 | |

**Address Identification Number:**
0361442271

**Status:**  Paid,Closed.                                     **Status Details:**  This account is scheduled to continue on record
until Jul 2017.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 03/2007 | Installment | $379 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 07/2007 | 12 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 07/2007 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 07/2007 | Individual | NA |

**CAPITAL ONE AUTO FINANCE**

| **Address:** | **Account Number:** |
|---|---|
| 3901 DALLAS PKWY | 6206216843763.... |




A world of insight

❌ Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**MONICA ADAMS**
Your report number is
**2576-3392-30**
Report date:
**04/11/2011**

Index:

- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights


🖨 **Print report**

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                                                           back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review                          back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Public Records

**Date of Status:** 03/2010
**Last Reported:** 03/2010
**Account History:** Collection as of Mar 2010

**Monthly Payment:** $0
**Responsibility:** Individual

**Recent Balance:** $335 as of 03/2010
**Recent Payment:** $0

---

### J L WALSTON & ASSOCIATES
**Address:**
1107 W MAIN ST # 201
DURHAM, NC 27701
(800) 489-7999
**Address Identification Number:**
0361442271

**Account Number:** 4399292

**Original Creditor:** CENTRE OBGYN

**Status:** Collection account. $192 past due as of Mar 2011.

**Status Details:** This account is scheduled to continue on record until Dec 2016.

**Date Opened:** 04/2010
**Reported Since:** 06/2010
**Date of Status:** 06/2010
**Last Reported:** 03/2011
**Account History:** Collection as of Dec 2010 to Mar 2011, Jun 2010 to Oct 2010

**Type:** Collection
**Terms:** 1 Months
**Monthly Payment:** $0
**Responsibility:** Individual

**Credit Limit/Original Amount:** $192
**High Balance:** NA
**Recent Balance:** $192 as of 03/2011
**Recent Payment:** $0

---

### KROSS/LIEBERMAN & STONE
**Address:**
1110 NAVAHO DR STE 501
RALEIGH, NC 27609
*No phone number available*
**Address Identification Number:**
0361442271

**Account Number:** 410918

**Original Creditor:** FAST MED CLINIC

**Status:** Collection account. $115 past due as of Feb 2009.

**Status Details:** This account is scheduled to continue on record until Jan 2014.

**Date Opened:** 11/2008
**Reported Since:** 02/2009
**Date of Status:** 02/2009
**Last Reported:** 02/2009
**Account History:** Collection as of Feb 2009

**Type:** Collection
**Terms:** 1 Months
**Monthly Payment:** $0
**Responsibility:** Individual

**Credit Limit/Original Amount:** $115
**High Balance:** NA
**Recent Balance:** $115 as of 02/2009
**Recent Payment:** $0

---

### OCWEN LOAN SERIVICING
**Address:**
1661 WORTHINGTON RD
STE 100
WEST PALM BEACH,
FL 33409
(407) 737-6101
**Address Identification Number:**
0372911735

**Account Number:** 9990....

**Status:** Discharged through Bankruptcy Chapter 13.

**Status Details:** This account is scheduled to continue on record until Oct 2011.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 01/2000 | Mortgage | $83,300 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 06/2006 | 30 Years | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 07/2010 | $0 | $0 as of 01/2011 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 01/2011 | Joint with CRAIG L ADAMS | $0 |
| **Your Statement:** | | |
| | | **Creditor's Statement:**  Loan Modified |

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Account History:**
60 days past due as of Sep 2007
, May 2008, Mar 2008, Dec 2007, Oct 2007, Aug 2007, Jul 2007
Debt included in Chapter 13 Bankruptcy on July 21, 2010

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2010: $64,488 / November 30, 2010 / $562 / $503
Nov 2010: $64,488 / October 29, 2010 / $562 / $1,000
Oct 2010: $64,638 / October 1, 2010 / $562 / $1,012
Sep 2010: $64,934 / September 30, 2010 / $562 / $1,737
Jul 2010: $65,373 / July 28, 2010 / $561 / no data
Apr 2010: $76,970 / no data / no data / no data

The original amount of this account was $83,300

**REGIONAL ACCEPTANCE CORP**
**Address:**                        **Account Number:**
355 DANBEY RD                2850425....
HENDERSON, NC 27536
*No phone number available*
**Address Identification Number:**
0361442271

**Status:**  Discharged through Bankruptcy Chapter 13.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 11/2001 | Installment | $19,409 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 06/2004 | 60 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 05/2008 | $0 | $0 as of 02/2007 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 02/2007 | Joint with CRAIG ADAMS | $0 |

**Creditor's Statement:**  Redeemed repossession.

**Account History:**
Repossession as of Nov 2004 to Apr 2005
30 days past due as of May 2005 to Oct 2005
Debt included in Chapter 13 Bankruptcy on May 01, 2008

## Accounts in Good Standing                                                      back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten year.

**ACS/WACHOVIA BANK**
**Address:**                        **Account Number:**
501 BLEECKER ST              243575....